**Fill in this information to identify your case:**

Debtor 1   **Karla Noreen Wilks**
           First Name        Middle Name        Last Name

Debtor 2   _____
(Spouse if, filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number   **18-35718**
(if known)

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules            12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Karla Noreen Wilks**                          X  _____
   **Karla Noreen Wilks**                                 Signature of Debtor 2
   Signature of Debtor 1

   Date   **December 14, 2018**                           Date  _____

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Karla Noreen Wilks** | | | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | | | |
| Case number | 18-35718 | | | |
| (if known) | | | | |

■ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7                12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Consumer Portfolio Services**<br><br>Description of property securing debt: **2008 Mercedes- Benz R-Class 166335 miles R-350** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **Mattress Firm: Progressive**<br><br>Description of property securing debt: **Bed** | ☐ Surrender the property.<br>■ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |

### Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

| | | | |
|---|---|---|---|
| Debtor 1 | **Karla Noreen Wilks** | Case number *(if known)* | **18-35718** |

Lessor's name: **Janet Bell**

☐ No
■ Yes

Description of leased Property: **Residential Lease**

---

**Part 3:**   **Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Karla Noreen Wilks**
   **Karla Noreen Wilks**
   Signature of Debtor 1

X  _____
   Signature of Debtor 2

Date  **December 14, 2018**

Date  _____

```
Allianceone
1684 Woodlands Dr Ste 15
Maumee, OH 43537


Allied Cash Advance
200 SE 1st Street
Suite 800
Miami, FL 33131


Bcci
7001 Post Rd Suite 200
Dublin, OH 43016


Bon Secour
8550 Mayland Drive
Richmond, VA 23294


Bon Secours
P.O. Box 28538
Richmond, VA 23228


Bruce Matson, Esq., Trustee
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Fl.
Richmond, VA 23219


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Capital One
15000 Capital One Dr
Richmond, VA 23238


Check City
2729B West Broad Street
Richmond, VA 23230


Check Smart
c/o BCCI Recovery
7001 Post Road, Ste 200
Dublin, OH 43016
```

```
City of Richmond
P. O. Box 101696
Atlanta, GA 30392-1696


City of Richmond
Department of Public Utilities
730 E Broad Street, 5th Floor
Richmond, VA 23219


City of Richmond, VA
P. O. Box 101696
Atlanta, GA 30392-1696


Collection
Po Box 9134
Needham, MA 02494


Comcast
5401 Staples Mill Road
Richmond, VA 23228-5421


Comenity Bank/Ashley Stewart
Attn:  Bankruptcy Dept
Po Box 182125
Columbus, OH 43218


Comenity Bank/Ashley Stewart
Po Box 182789
Columbus, OH 43218


Comenity-Ashley Stewart
PO Box 659705
San Antonio, TX 78265-9705


Commonwealth Radiology
1510 Willow Lawn Drive
Suite 102
Richmond, VA 23230-3429


Connecticut General Life Insur
Scranton Claim Office
P.O. Box 182223
Chattanooga, TN 37422-7223
```

```
Consumer Portfolio Services
PO Box 57071
Irvine, CA 92619-7071


Consumer Portfolio Svc
Attn: Bankruptcy
Po Box 57071
Irvine, CA 92619


Consumer Portfolio Svc
Po Box 57071
Irvine, CA 92619


County of Henrico
Department of Public Utilities
P. O. Box 90775
Richmond, VA 23273-0775


County of Henrico VA
Dept of Public Utilities
PO Box 90799
Henrico, VA 23228-0799


Credit Adjustment Bo
306 East Grace Street
Richmond, VA 23219


Department of Public Utilities
P. O. Box 26060
Richmond, VA 23274-0001


District of Columbia
Notice of Infraction
DC Photo Enforcement Office
Richmond, VA 23223


Diversified Collection Service
P. O. Box 9057
Pleasanton, CA 94566-9057


Dominion Medical Associates
P.O. Box 5449
Richmond, VA 23220
```

```
Dominion Power
P. O. Box 26666
Richmond, VA 23261


East Bay Funding
c/o Resurgent Capital Services
PO Box 288
Greenville, SC 29603


EMCC
P.O. 956188
Duluth, GA 30095


EOS CCA
PO Box 981002
Boston, MA 02298-1002


Eos Cca
Attn: Bankruptcy
Po Box 329
Norwell, MA 02061


Eos Cca
Po Box 981008
Boston, MA 02298


Glenwood Farms
3753 Bolling Road
Richmond, VA 23223


Greensboro Service Center
P. O. Box 740800
Atlanta, GA 30374-0800


I C System Inc
Po Box 64378
Saint Paul, MN 55164


James H. Cane, MD
James River Surgical Center
8266 Atlee Road, MOB 11, #215
Mechanicsville, VA 23116
```

```
Janet Bell
14230 Camack Trail
Midlothian, VA 23114


Law Office Of M.N.Kay
7 Penn Plz
New York, NY 10001


Law Offices G. Manoli Loupassi
6002A West Broad Street
Suite 200
Richmond, VA 23230


Law Offices of Mitchell N. Kay
P. O. Box 9006
Smithtown, NY 11787-9006


Leland Scott & Associa
Po Box 2205
Mansfield, TX 76063


Leland Scott & Associates
P. O. Box 2205
Mansfield, TX 76063-0040


Lvnv Funding Llc
Po Box 740281
Houston, TX 77274


LVNV Funding LLC



Marauder Corporation
74923 Highway 111
Indian Wells, CA 92210


Mattress Firm: Progressive
Richmond #171014
4746 Laburnum Avenue
Henrico, VA 23231


MCV Associated Physician
P. O. Box 91747
Richmond, VA 23291
```

```
MCV Physicians
1605 Rhoadmiller Street
Richmond, VA 23220-1100


National Credit Adjust
327 W 4th Ave
Hutchinson, KS 67501


National Credit Adjusters
P. O. Box 3023
327 W. 4th Street
Hutchinson, KS 67504-3023


Nationwide Insurance
One Nationwide Plaza
Columbus, OH 43215-2220


Ntelos
8400 W. Broad Street
Richmond, VA 23294


Office of the U.S. Trustee
701 East Broad Street
Suite 4300
Richmond, VA 23219


Ortho Virginia
PO Box 75831
Baltimore, MD 21275


Parrish & Lebar
5 E. Franklin Street
Richmond, VA 23219


Professional Account Managemt
P.O. Box 37038
Washington, DC 20013


Progressive Day Care
1518 Texas Avenue
Richmond, VA 23220


Quick Cash
7810 Staples Mills Road
Richmond, VA 23228
```

```
Receivable Management
7206 Hull Street Rd Ste
Richmond, VA 23235


Receivables Management Systems
P. O. Box 8630
Richmond, VA 23226-0630


Richmond Community Hospital
P.O. Box 277431
Atlanta, GA 30384


Richmond Postal CU
P. O. Box 4519
Carol Stream, IL 60197-4519


Rmd Postal
Box 26024 Po
Richmond, VA 23260-6024


Rpecu
1601 Ownby Lane
Richmond, VA 23220


Sam's Club
P. O. Box 530942
Atlanta, GA 30353-0942


Schettine & Nguyen, PLC
10 South 23rd Street
Second Floor
Richmond, VA 23223


Social Security Administration
2001 12th Avenue N.
Birmingham, AL 35285-0001


St Mary's Hospital
5801 Bremo Road
University Of Richmon, VA 23173


T Mobile
P. O. Box 660252
Dallas, TX 75266-0252
```

```
Tate & Kirklin Associated
2810 Southampton Road
Philadelphia, PA 19154


TransWorld
Collection Agency
500 VA Dr., Ste 514
Fort Washington, PA 19034


Tuckahoe Orthopaedic Assoc.
1501 Maple Avenue
Richmond, VA 23226


United Consumer, Inc.
P. O. Box 4466
Woodbridge, VA 22194-4466


United Healthcare Insurance Co
Greensboro Service Center
P O Box 740800
Atlanta, GA 30374


Verizon
P. O. Box 660720
Dallas, TX 75266-0720


Verizon Virginia Inc
500 Technology Dr
Weldon Spring, MO 63304


Virginia Dept of Taxation
P.O. Box 2369
Richmond, VA 23218


VISA
Richmond Postal Credit Union
PO Box 4519
Carol Stream, IL 60197
```

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Karla Noreen Wilks**                                    Case No.  **18-35718**
                    Debtor(s)                                      Chapter  **7**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- ☐ Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  Check if applicable: ☐ Soc. Sec. No. amended. *[If applicable: An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's office on ____.*]*
- ☐ Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
- ☐ Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
- ☐ Schedule A/B – Property
- ☐ Schedule C – The Property You Claim as Exempt
- ☐ Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
- ☐ Schedule E/F – Creditors Who Have Unsecured Claims (See LBR 1009-1)
- ☐ Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)
  *($31.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s):**
  - ☐ **Creditor(s) added**    ☐ **Creditor(s) deleted**
  - ☐ Change in amounts owed or classification of debt
  - ☐ No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO FEE]
  - ☐ Post-petition creditors added (Schedule of Unpaid Debts)
  
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
- ☐ Schedule G – Executory Contracts and Unexpired Leases
- ☐ Schedule H – Codebtors
- ☐ Schedule I – Your Income
- ☐ Schedule J – Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 121 – Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for "restricted" entry of the amended Social Security Number into the case record.]**

- ☐ Statement of Financial Affairs
- ☑ Statement of Intention for Individuals Filing Under Chapter 7
- ☐ Chapter 11 List of Equity Security Holders
- ☐ Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders
- ☐ Attorney's Disclosure of Compensation
- ☐ Other: ____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: ____.

Date:  December 14, 2018

/s/ Raymond L. Palmer, Sr.
Raymond L. Palmer, Sr. 20687
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.:  **20687 VA**
Mailing Address:  **Law Offices of Raymond L. Palmer & Associates**
**100 N. 5th Street**
**Richmond, VA 23219**
Telephone No.:  **804-644-0200**

[amendcs ver. 12/16]